# ELECTRONIC RECORD

COA # 01-13-00994-CR                    OFFENSE: 22.05 (Deadly Conduct)

STYLE: Anthony Sorel Haywood v. The State of Texas        COUNTY: Harris

COA DISPOSITION:    AFFIRM              TRIAL COURT: 176th District Court

DATE: 12/11/2014        Publish: NO   TC CASE #:    1373686

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Anthony Sorel Haywood v. The State of Texas        CCA #: 007-15

_____PRO SE_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____        JUDGE: _____

DATE: 03/18/2015        SIGNED: _____        PC: _____

JUDGE: Per Curiam        PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**